UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-3477-GW-AGRx | Date | October 31, 2024 |
|---|---|---|---|
| Title | *Idress Safi v. Walmart, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On October 30, 2024, Plaintiff Idress Safi filed a Notice of Settlement [15]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for December 5, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on December 3, 2024.

|  | : |
|---|---|
| Initials of Preparer | JG |