JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDRESS SAFI, | Case No. CV 24-3477-GW-AGRx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| WALMART, INC., et al., | |
| Defendants. | |

Based upon Plaintiff's Notice of Dismissal [19], filed on December 11, 2024, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: December 12, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE